**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Michael C. BALDAUFF, Respondent.**

**No. 331, Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 13, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 13th day of June, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board dated April 22, 1997, it is hereby

ORDERED that MICHAEL C. BALDAUFF be and he is SUSPENDED from the Bar of this Commonwealth for a period of three (3) years, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**John C. JOHNSON, III, Respondent.**

**No. 341, Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 13, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 13th day of June, 1997, there having been filed with this Court by John C. Johnson, III, his verified Statement of Resignation dated May 9, 1997, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of John C. Johnson, III, be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.